IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI LAUCHLE, | No. 4:22-CV-00533 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNITED PARCEL SERVICE, | |
| Defendant. | |

## ORDER

**FEBRUARY 15, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant United Parcel Services' Motion for Summary Judgment (Doc. 28) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of UPS.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Counsel for Plaintiff Terri Lauchle, Gregory A. Stapp, Esquire, shall **SHOW CAUSE** why he should not be sanctioned for violation of Federal Rule of Civil Procedure 11.

5. Mr. Stapp shall file a brief explaining why he should not be sanctioned no later than March 22, 2024. A hearing will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge