UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI LAUCHLE | ) | CASE NO: 4:22-cv-00533 |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW J. BRANN |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT UNITED PARCEL SERVICE, INC.'S
## NOTICE OF TAXATION OF COSTS

To:  *Gregory Stapp, Esq.*
*Stapp Law, LLC*
*153 West 4th Street, Suite 6*
*Williamsport, PA 17701*

Please take notice that the Bill of Costs and Verification has been filed on February 28, 2024 and presented to the Clerk of the above Court for taxation in accordance with Rules 54.3, 54.4 and 54.5 of the Local Rules of the United States District Court for the Middle District of Pennsylvania and applicable statutory provisions.

Respectfully submitted,

*/s/Allison L. Goico*
Nicholas Godfrey
DINSMORE & SHOHL LLP
1300 Six PPG Place

Pittsburg, PA 15222
Telephone: (412) 288-5861
Facsimile: (412) 288-5055
nicholas.godfrey@dinsmore.com

Allison L. Goico (*Pro Hac Vice*)
S. Joseph Stephens, III (*Pro Hac Vice*)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
Allison.goico@dinsmore.com
Joseph.stephens@dinsmore.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2024, I filed the foregoing with this Court via ECF, which will serve an electronic copy upon all counsel of record.

                                                *s/S. Joseph Stephens, III*
                                                S. Joseph Stephens, III

                                                *Counsel for Defendant*