Terri Lauchle
2361 Quaker Church Road
Muncy, PA 17756

lauchlefarms@windstream.net

570-546-6317

**April 1, 2024**

FILED
WILLIAMSPORT

APR 0 2 2024

PER____NR____
DEPUTY CLERK

Patricia S. Dodszuweit (Clerk)
United States Court of Appeals For The Third Circuit
21400 United States Courthouse
610 Market Street
Philadelphia, PA 19106-1790

Re: Case Number: 24-1488, District Court Case Number: 4-22-cv-00533

Dear Ms. Dodszuweit,

I am writing to acknowledge receipt of your March 20th, 2024, order in the above-referenced case and to express my intention to comply fully with the directives outlined therein.

I have attached a copy of the above referenced order.

I would like to assure the court that I am committed to fulfilling my obligations as outlined in the order. I am currently representing myself in this matter. As a result of Judge Brann's Order issued on February 15, 2024; more specifically, referencing Judges Brann's Memorandum Opinion, Section IV, "Show Cause Order", I have dismissed Attorney Stapp as my Council in this matter. I agree with Judge Brann's decision. Attorney Stapp was grossly negligent in this matter. In addition to his violation of Civil Procedure, there were other instances of neglect prior to and after the Judge's decision.

On March 18, 2024, I dismissed Attorney Stapp, he refused to sign acknowledgement of my dismissal of his service. In addition, Attorney Stapp refused to turn over my case files and demanded payment in full **after** he generates a final invoice. Up until and on this day, Attorney Stapp was more concerned with his defense of his Violation of Civil Procedure than he was of my case. On March 24, 2024, I realized that I had 24 hours to file an appeal to protect my interests in this case and I did so.

# CERTIFICATE (AFFIDAVIT) OF SERVICE

I. **SERVER.** I Terri Lauchle("Server"), declare under penalty of perjury that the document(s) mentioned in Section II was delivered to the recipient mentioned in Section III and delivered in the manner mention in Section IV.

II. **DOCUMENTS.** The documents served are as described as: **Jurisdiction Order**.

III. **RECIPEIENT.** The above-mentioned documents were delivered to:

a.) <u>Defendant/Respondent:</u> Stephen Joseph Stephens III (Recipient")
b.) <u>Address/Location:</u> 255 East Fifth Street, Suite 1900 Cincinnati, Ohio 45202
c.) <u>Date of Mailing:</u> April 1, 2024

IV. **DELIVERY.** The Server sent the documents by standard mail with 1st class postage.