Terri Lauchle
2361 Quaker Church Road
Muncy, PA 17756

lauchlefarms@windstream.net

570-546-6317

**April 15, 2024**

FILED
WILLIAMSPORT

APR 15 2024

PER ___EA___
DEPUTY CLERK

Patricia S. Dodszuweit (Clerk)
United States Court of Appeals For The Third Circuit
21400 United States Courthouse
610 Market Street
Philadelphia, PA 19106-1790

Re: Case Number: 24-1488, District Court Case Number: 4-22-cv-00533

Dear Ms. Dodszuweit,

I am writing to respectfully request a stay in my case referenced above, currently scheduled for submission of briefs on May 1st, 2024. It is my understanding that we are currently awaiting a determination regarding Attorney Stapp's issues in reference to his violation of Federal Rule of Civil Procedure 11. It is necessary for me to know the outcome of this issue prior to formulating my brief for the court. Furthermore, additional time will be required for me to prepare my brief because I must completely rebuild my case and review completely Attorney Stapp's past submissions to the lower court on my behalf. It is also possible that UPS may be willing to discuss a negotiated settlement as well.

I am deeply appreciative of the Court's understanding of my situation to date. I kindly request the court's consideration of this request for a stay. Please advise me on any documentation or procedural steps required to formalize this request if necessary.

Thank you very much for your attention to this matter.

Respectfully,

*Terri Lauchle*

Terri Lauchle

Cc: Gregory A. Stapp, Esq.
Nicholas J. Godfrey, Esq.
Allison L. Goico, Esq.
Stephen J. Stephens, Esq.

# CERTIFICATE (AFFIDAVIT) OF SERVICE

**I. SERVER.** I Terri Lauchle("Server"), declare under penalty of perjury that the document(s) mentioned in Section II was delivered to the recipient mentioned in Section III and delivered in the manner mentioned in Section IV.

**II. DOCUMENTS.** The documents served are described as: Stay **Order**.

**III. RECIPIENT.** The above-mentioned documents were delivered to:

a) <u>Defendant/Respondent:</u> Gregory A. Stapp
b) <u>Address/Location:</u> 153 West Fourth Street, Suite 6, Williamsport, PA 17701
c) <u>Date of Mailing:</u> April 15, 2024

**IV. DELIVERY.** The Server sent the documents by standard mail with 1st class postage.

# CERTIFICATE (AFFIDAVIT) OF SERVICE

**I. SERVER.** I Terri Lauchle("Server"), declare under penalty of perjury that the document(s) mentioned in Section II was delivered to the recipient mentioned in Section III and delivered in the manner mentioned in Section IV.

**II. DOCUMENTS.** The documents served are described as: Stay **Order**.

**III. RECIPIENT**. The above-mentioned documents were delivered to:

a) <u>Defendant/Respondent:</u> Stephen Joseph Stephens, 111
b) <u>Address/Location:</u> 255 East Fifth Street Suite 1900, Cincinnati, Ohio, 45202
c) <u>Date of Mailing:</u> April 15, 2024

**IV. DELIVERY.** The Server sent the documents by standard mail with 1st class postage.