

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

**PETER J. WELSH**
**CLERK OF COURT**

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920
WILLIAMSPORT:
(570) 323-6380

July 9, 2024

Terri Lauchle
Allison Louise Goico, Esq.
Nicholas J. Godfrey, Esq.
Stephen Joseph Stephens, III, Esq.

    Re:    Lauchle vs. United Parcel Service
             Case No. 4:22-CV-533 (Chief Judge Brann)

Dear Plaintiff and Counsel:

    The court will stay any action on taxation of costs until resolution of the appeal in this matter. Upon Resolution, the Court will commence processing the Bill of Costs filed by the defendant in Accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

                                               Very truly yours,

                                               Peter J. Welsh, Clerk of Court

                                               By: s/H. Snell_____
                                               Deputy Clerk