IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRI LAUCHLE, | No. 4:22-CV-00533 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNITED PARCEL SERVICE, | |
| Defendant. | |

## ORDER

**AND NOW**, this 18th day of February 2025, in accordance with the United States Court of Appeals for the Third Circuit's Certified Order dismissing Gregory Stapp's appeal for lack of appellate jurisdiction,[1] **IT IS HEREBY ORDERED** that:

1. Mr. Stapp shall **SHOW CAUSE** why he should not be sanctioned for a violation of Federal Rule of Civil Procedure 11 by March 11, 2025.

2. A hearing will be scheduled by separate Order.

3. In recognition of the Third Circuit's comment that "it appears that . . . Terri Lauchle . . . [wishes] to impose sanctions on Stapp,"[2] Ms. Lauchle may submit a memorandum in support of imposing sanctions by March 11, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] Doc. 54.
[2] *Id.*